# EXHIBIT B



# Southwest Airlines Co.

# Customer Service Commitment

(SWA CSC) – English Version

**Revision:** 17-01          **Effective Date:**  05/09/2017

**Our Mission Statement:** The mission of Southwest Airlines is dedication to the highest quality of Customer Service delivered with a sense of warmth, friendliness, individual pride, and Company Spirit.

**At Southwest Airlines,** our Mission Statement has always governed the way we conduct our business.  It highlights our desire to serve our Customers and gives us direction when we have to make service-related decisions.  It is another way of saying, "we always try to do the right thing!"  Our Mission Statement has also led the way to the airline industry's best cumulative consumer satisfaction record, according to statistics accumulated and published by the U.S. Department of Transportation.  That is why we are sharing it with you.

**In keeping with the spirit and intent of our Mission Statement**, and as evidence of our wish to continually meet the expectations of our valued Customers, Southwest wants you to have a basic understanding of how we operate.  We want you to have confidence in our airline and Employees, and we want you to be aware that there are, or may be, circumstances that can have an impact on your travel plans, purchase decisions, or your overall expectations.

**Foremost, we want you to know that it is** *never* **our wish to inconvenience our valued Customers**.  We tell our Employees we are in the Customer Service business—we just happen to provide airline transportation.  It is a privilege to serve your air travel needs.

**The Employees of Southwest Airlines understand our Mission** and we are happy to share it, and the following information, with you, our valued Customer. Our Customer Service Commitment was designed and written in such a way as to clarify many of the most commonly questioned terms and conditions of our Contract of Carriage and provide you with insight into some of our policies and procedures.  For that reason, it only made sense to make it a part of our Contract of Carriage.  And, Southwest is proud to incorporate its Customer Service Commitment in its official Contract of Carriage reinforcing our pledge to provide safe, affordable, reliable, timely, courteous, and efficient air transportation and baggage handling service on every flight we operate, as well as produce a fair return on our Shareholders' investments.  We offer you this information in recognition of the great importance that we place on your business and your confidence. Our Vice President Customer Relations & Rapid Rewards bears the ultimate responsibility for our compliance with this Customer Service Commitment.  For a complete copy of our *Contract of Carriage* and *Customer Service Commitment*, please write to:

> Vice President
> Customer Relations& Rapid Rewards
> P.O. Box 36647
> Dallas, Texas 75235-1647

**Table of Contents**

Airport Operations and Scheduled Service...........................................................................5

    Safety ...................................................................................................................................5

    Cabin Service ......................................................................................................................5

    Flight Status and Flight Schedule Information.....................................................................5

Irregular Operations .............................................................................................................6

    Delays and Cancellations ...................................................................................................6

    Departure Delays ................................................................................................................6

    Delays on the Aircraft .........................................................................................................6

    Overnight Accommodations and Other Expenses ..............................................................7

    Advisory at the Airport ........................................................................................................8

Fares ....................................................................................................................................8

    Fares ...................................................................................................................................8

    Fare Rules ..........................................................................................................................9

Reservations and Ticketing .................................................................................................10

    Sales and Information........................................................................................................10

    Canceling Your Reservation(s) without Penalty ...............................................................10

    Claiming Your Reservation ...............................................................................................11

Overbooking .......................................................................................................................11

    What Is It and Why Do It?..................................................................................................11

    Oversold Flights ...............................................................................................................12

    Volunteers ........................................................................................................................12

    Involuntary Denied Boarding (Being "Bumped")...............................................................12

Refunds ..............................................................................................................................13

Southwest Airlines' All-Jet, All-Boeing Fleet ......................................................................13

    Our Airplanes ...................................................................................................................13

Baggage ...................................................................................................................14
    Checking Your Luggage ........................................................................................14

    Baggage Handling .................................................................................................14

    Carryon Items .......................................................................................................16

Customers with Special Needs ...................................................................................17
    Infants and Toddlers .............................................................................................17

    Unaccompanied Minor (UM) Children ...................................................................18

    Customers with Disabilities ...................................................................................19

Rapid Rewards Frequent Flyer Program ....................................................................20
    Reward Seats are Unlimited with No Blackout Dates ............................................20

    Earn points for every dollar you spend! ................................................................20

    Redeem for flights and more. ...............................................................................20

    Rules and Regulations. .........................................................................................21

How to Contact Southwest Airlines ............................................................................22
    Customer Relations ..............................................................................................22

    Rapid Rewards .....................................................................................................22

    Refunds Department .............................................................................................22

    24-Hour Telephone Customer Support and Services Center .................................22

    Cargo-Air Freight Service .....................................................................................23

    Baggage Status Updates ......................................................................................23

    Career Opportunities ............................................................................................23

    Corporate Headquarters .......................................................................................23

## Airport Operations and Scheduled Service

**Safety**

While Southwest Airlines always endeavors to operate its flights as scheduled, the first priority of this airline and its Employees, and our first responsibility to you, our valued Customer, is and has always been safety.  Since our inception in 1971, we have predicated our daily operational and scheduling decisions on the safety, security, and wellbeing of our Customers, Employees, and equipment.  We do not believe that this is an area where you would want or expect us to compromise—for any reason.  Occasionally, therefore, it may be necessary for us to delay, divert, or cancel a flight due to weather, field conditions, Air Traffic Control problems, repairs and maintenance, or other security or safety-related conditions and issues.  When these situations arise, we will always do our best to minimize your inconvenience.

**Cabin Service**

Southwest Airlines serves complimentary coffee, soft drinks, juice, and small snacks such as packaged peanuts and pretzels. Cocktails, beer, and wine are available for purchase via a Southwest Airlines-accepted credit card or drink coupon book.  Southwest Airlines does not accept cash as payment for onboard purchases. We do not serve or sell prepared meals onboard any of our flights. If your itinerary is a long one; if you have special dietary needs; or if you simply want something more substantial to eat, we invite you to bring your own food.

**Flight Status and Flight Schedule Information**

The best information we have regarding the routing or status of your Southwest Airlines flight is available on our website, Southwest.com®, 24 hours a day, seven days a week.  You may also check a flight's status toll-free at 1-888-792-8747 (1-888 SWA TRIP).  Flight information is also available during our hours of operation at each airport we serve.  Computer systems assist us with flight tracking, and we endeavor to update the status of each Southwest flight operation as the status becomes known.

If the status of your flight changes with respect to a known departure delay of 30 minutes or more or a cancellation, we will, within 30 minutes of our being aware of a flight status change, notify you of the best available information regarding such known delay or cancellation through our Automated Outbound Notification System via the means you selected at the time the reservation was made (email, voice, or text for domestic flights or email or text for international flights), at the airport via the Flight Information Display screens under our control, and via gate announcements.  If, while in flight, your aircraft is subjected to a known 30-minute or more delay or diversion, we will, within 30 minutes of becoming aware of the flight irregularity, notify you of the best available information regarding such known delay or diversion as it affects your aircraft.

**Note:** You may opt out of receiving an automated notification for an international itinerary.

Because we sell flights several months in advance, at times we may adjust our schedules.  We will notify you as far in advance as possible of any change to your itinerary, including routing, departure time, and/or arrival time. You will have the option to select the revised itinerary,

choose an alternate flight/date within a 14-day parameter of your original travel, or cancel your trip without penalty and receive a refund issued to the original form of payment.

## Irregular Operations

### Delays and Cancellations

Southwest does its best to operate our flights as scheduled.  Sometimes, events beyond our control or situations we could not anticipate prevent us from doing so.  If, for any reason, your Southwest Airlines flight does not operate as scheduled, we will, at your request, refund the unused portion of your fare, or we will assist you by arranging to transport you to your destination on another Southwest flight with available seats. If you elect to take an alternate Southwest flight, we will not charge you any more money even if your Ticket for the disrupted flight has usage limits or fare restrictions. Because Southwest offers high-frequency service in many of the markets we serve, we can usually accommodate our inconvenienced Customers within a reasonable amount of time.

### Departure Delays

Southwest Airlines will not begin the boarding process if we know that your flight will be delayed at the gate for two or more hours.  In the event of a delay of known duration, we will commence boarding no sooner than 30 minutes in advance of a firm, revised estimated time of departure (EDT). This will ensure that our Customers have access to airport facilities, telephones, food and beverage outlets, Customer Service assistance, and other essential services during the course of an extended delay.  Once the affected flight is available for boarding, a general boarding announcement will be made in the departure gate area, and a "final call" for that flight will be made in the general terminal area where permitted.  However, it is important to remember that general terminal announcements typically cannot be heard in airport concession areas, restaurants, cocktail lounges, outdoor smoking areas, and in some cases restrooms.

### Delays on the Aircraft

Onboard delays are situations we always try to avoid.  However, if weather, gate-space limitations, visibility, airport conditions, mechanical problems, ATC requirements, or other uncontrollable circumstances cause ground delays of two hours or longer, we will endeavor to:

1. Make refreshments[1] available.  If necessary, operationally feasible, and safe to do so, remote provisioning will remove trash and replenish depleted onboard snack and beverage service items.

2. Make every reasonable effort to ensure that lavatories remain serviceable.  If necessary, operationally feasible, and safe to do so, remote aircraft lavatory servicing will be requested and furnished.

---

[1] See **Cabin Service** for details of refreshments served onboard Southwest Airlines.

3. Inform our Customers when and if it is safe to use personal cellular phones, computers, and other portable electronic communications devices.

4. Work with airport officials and other airlines to share or acquire equipment such as available gates, portable stairs, buses, vans, or other means by which Customers may deplane and be safely escorted to a terminal or other reasonable facility.

5. Ensure that first aid and other routine medical services normally offered by Southwest remain available and that professional medical assistance is made available if necessary, operationally feasible, and safe to do so.

6. Make every reasonable effort to minimize the duration of any onboard ground delay and to minimize, to the greatest extent possible, any and all associated Customer inconveniences.

7. Regardless of whether a delay is incurred on the ground or in the air, we will provide status updates within 30 minutes of a known delay and we will update you (and those who may be waiting for you at the airport) every 30 minutes if the flight's status changes. We will provide the best information available to us with regard to the cause of the delay and any changes in the status of your flight.

## Overnight Accommodations and Other Expenses

A. **Originating Itineraries**
You are an "originating" Customer if your Ticket, your travel itinerary, or our reservations computer system shows that you are enplaning on a Southwest Airlines flight as the first segment of your travel itinerary for the day.  In the unusual event that your first flight segment is delayed or canceled, we will rebook you on the next available Southwest Airlines flight(s) with seats available to your ticketed destination. Southwest does not absorb alternate air fares, ground transportation costs, meal expenses, or overnight lodging costs for Customers who have yet to depart from their "point of origin," except under the circumstances set forth in part "C" of this section.

B. **Disrupted Itineraries**
We will do our best to get you to your destination safely and ontime. Rare and unforeseen circumstances sometimes prevent us from reaching that goal.  If that happens, your itinerary may be disrupted.  Your itinerary is "disrupted" when you have departed from your "city of origin," and, through no fault of your own, Southwest is unable to transport you to your destination as scheduled.  In that case, you will be accommodated on the next Southwest flight(s) with seats available to your destination.  You will not be charged any more money or required to purchase another Ticket.

C. **Reaching Your Destination**
It is our goal to get you to your destination safely and ontime. However, if circumstances within our control, such as aircraft "swaps," cause you to miss the last possible flight (or connection) of the day to your destination, our Customer Service personnel have the authority to arrange for overnight lodging. We will find a hotel or motel as near to the airport as possible, and at no additional cost to you. We may also arrange for ground transportation to the overnight facility.

If the cause of your inconvenience is not within our means of control, we will do our best to assist you by securing a discounted rate at a hotel or motel at or near the airport.

We do not pay for Tickets on other airlines or absorb the difference between our fares and higher fares on other airlines. If you wish, however, we will refund the unused portion of your Southwest Airlines Ticket.

**Advisory at the Airport**

If, when you arrive at the departure gate for your Southwest Airlines flight, we have learned that weather, field conditions, air traffic, or other operating conditions are such that your flight may be significantly delayed en route, rerouted, include an unscheduled stop, or that your connecting flight may be canceled, the Southwest Representative at the gate will let you know. Generally, you will be notified verbally via announcements at the departure gate. This will give you the option of postponing your trip, selecting an alternate Southwest flight, or requesting a refund of the unused portion of your Southwest Airlines ticket.

If you opt to travel on any Southwest flight after being advised of the possibility of an en route delay, diversion, unscheduled stop, or cancellation, it is important to understand that you might incur some extra expenses.  Your Southwest Ticket covers only the cost of your air transportation.  While any unused portion of your Ticket is generally refundable under these circumstances, tickets for other airlines, ground transportation, hotel accommodations, meals, telephone expenses, and other amenity costs are not included in our ticket prices.  It is also important to understand that other airlines will generally refuse to accept your Southwest Ticket.

**Fares**

**Fares**

Our unrestricted fares are fully refundable if canceled instead of exchanging or changing your Ticket[2], have no advance purchase requirements, and enable you to make changes to your travel plans.

---

[2] If a Business Select Fare, Anytime Fare, Child Fare, Infant Fare, or Senior Fare segment on a reservation is not changed or canceled at least ten (10) minutes prior to departure and the Customer does not travel, all segments associated with the reservation are canceled and funds associated with the Business Select Fare, Anytime Fare, Child Fare, Infant Fare, or Senior Fare segment(s) are held as travel credit for use by the Passenger on Southwest Airlines. When a Ticket contains flight segments with mixed fare types and the ticket is not changed or canceled at least ten (10) minutes prior to departure and the Customer does not travel, all segments of the itinerary are canceled and the individual flight segments will follow the aforementioned rules associated with the fare type in regard to forfeiture of funds under Section 2a(2)(iii)(a) and (b) of the Southwest Airlines *Contract of Carriage*. (d)      When a ticket is purchased using Rapid Rewards points, and the ticket is not changed or canceled at least ten (10) minutes prior to departure and the Customer does not travel, all segments associated with the reservation are canceled, but the points will be returned to the Rapid Rewards account from which the points were initially debited. Taxes and fees associated with Rapid Rewards points and Companion Pass tickets follow the aforementioned rules under Section 2a(iii)(a)(b),and (c).

We also offer a number of discounted restricted fares ideal for leisure travelers.  Plus, we make special fares available to seniors (65 years of age or older), military personnel, infants and toddlers under the age of two years, older children (traveling with adults), and groups of ten or more.

If you choose not to use a restricted Ticket that you have already purchased, you must cancel your reservation at least ten minutes prior to scheduled departure time in order to have access to your remaining funds associated with the Ticket. If you cancel the reservation as outlined above and do not travel, the amount you paid for your travel may be applied toward the purchase of future travel on Southwest Airlines for the Passenger named on the Ticket so long as travel will be completed during the eligibility period reflected on the Ticket[3]. If a Wanna Get Away Fare segment on a reservation is not changed or canceled at least ten (10) minutes prior to departure and the Customer does not travel, all segments associated with the reservation are canceled, and funds associated with the Wanna Get Away Fare segment(s) are forfeited.

If you change your reservation, your new reservation may, without penalty or fee, be subject to different terms, conditions, and restrictions.  We will charge the appropriate fare for the new travel, which may mean more money, but Southwest does not charge a fee for the exchange of Tickets.  A change or exchange of a Ticket can result in the loss of refundability with refundable fares. If you apply an unused Ticket, residual travel funds, and/or other Southwest Airlines travel credit toward the purchase of a new reservation, your new reservation record will reflect the expiration date of the oldest Ticket, residual travel funds, or Southwest Airlines travel credit used to pay for the new reservation.  The expiration date will be reflected on your new Flight Reservation and Receipt.  No cash refunds or credit card adjustments are made on any amounts paid for nonrefundable Tickets and/or forfeited funds, including taxes, security fees, and passenger facility charges associated with a nonrefundable fare except as required by applicable regulations.

**Fare Rules**

Most discounted or sale fares carry some usage, advance purchase, refundability, cancellation requirements, and/or stayover restrictions.

If you purchase a Ticket and elect to travel on an alternate flight or flights, it may cost you more money.  We do not charge a "change" fee, but you will be required to pay the applicable fare and any increase in taxes or fees, which is the equivalent of the difference between the amount shown on your Ticket and the applicable fare charged at the time of the change for the full itinerary on which you qualify and actually travel.

Tickets for fares that are age-related or status-related (seniors, infants, children, military, government contracts) are sold contingent on the traveler's ability to provide proof of age or status at check in.

---

[3] Unused tickets purchased through our Group Reservations program may not be used toward the purchase of another ticket. Terms and conditions of our Group Program apply.

Fares are subject to change until a Ticket is purchased.  However, if the fare increases after you have purchased your Ticket, we will not collect the difference unless you change your flights or travel dates.  If you find that after you have purchased a nonrefundable Ticket a lower fare is offered, you may request a re-price of your Ticket *prior to travel commencing* to determine if you qualify for the lower fare.  If the lower fare applies for your reservation, we will issue travel credit for the difference, which you may apply toward future travel on Southwest Airlines. Travel must be purchased for and completed by the Passenger named on the original Ticket. The travel must be completed by the expiration date of the travel credit, unless the fare or other forms of payment used for a Ticket have an earlier expiration date.

## Reservations and Ticketing

**Sales and Information**

Fares can be purchased directly from Southwest Airlines through a number of channels. You can purchase through our website, Southwest.com®, through the Southwest Airlines mobile app, over the phone with a Southwest Airlines Representative, or at a Southwest Ticket Counter. Our website also offers information on Southwest's policies, history, employment opportunities, and many of the most common questions our Customers have about Southwest Airlines.

If you prefer to make your reservations over the telephone, our Customer Representatives will offer the lowest available fare in our reservations computer system for which you qualify at the time of your call.  Our Representatives can also answer any questions you wish to ask about restrictions, departure and arrival times, the number of stops (if any) or connections that will be included in your itinerary.

Flight information and fare quotes are also available, and Tickets can be purchased, during our hours of operation at each airport we serve.  Please call 1-800-435-9792 or visit http://www.southwest.com/html/air/airport-information.html  for specific airport ticket counter information.

Southwest Customers may also obtain information on fares and purchase Tickets through their preferred travel agents.[4]

**Canceling Your Reservation(s) without Penalty**

---

[4] A service charge is imposed on airline tickets by some travel agencies.  Since this is beyond the control of Southwest or any airline, please discuss applicable fees and service charges directly with your travel agent.

A reservation, once booked and confirmed by purchasing your Ticket(s), means that we are holding space for you on the specific flight(s) shown on your ticket or *Ticketless Travel Passenger Itinerary and Receipt*.

We will allow you to cancel those reservations and/or Tickets without penalty if you call or cancel online at Southwest.com® within 24 hours of the initial booking.  A refund will then be processed to the form of payment of the Ticket purchase.

**Claiming Your Reservation**

Your reservation is claimed when you check in for your flight online at Southwest.com®, via the Southwest Airlines mobile app, at the Skycap Podium, Ticket Counter, E-Ticket Check-In kiosks (where available), or departure gate. You must obtain your boarding pass and be present and available for boarding in your flight's departure gate area at least ten minutes prior to scheduled departure.  If you do not obtain a valid boarding pass for your scheduled flight and present yourself at the boarding gate at least ten minutes before scheduled departure, your reservation may be canceled, and the seat we were holding for you may be given to a standby Customer. Travelers who do not meet our checkin requirements are not entitled to Denied Boarding Compensation.  If you check in late, and there are still seats available on your confirmed flight, we will try to accommodate you.  However, as a courtesy to everyone onboard, we will not delay our flight, retrieve anyone else's boarding pass, or displace any previously accommodated Customer.

The Transportation Security Administration now requires all ticketed and travelling Customers to present a government-issued photo identification and either their boarding pass or security document to proceed through the security checkpoint.  Southwest offers a variety of options for you to check in for your flight and obtain your boarding pass.  Customers may obtain their boarding pass up to 24 hours prior to scheduled departure time online at Southwest.com®, via the Southwest Airlines mobile app, at the skycap podium (where available), ticket counter, or E-Ticket Check-In kiosks (where available).

**<u>Overbooking</u>**

**What Is It and Why Do It?**

"Overbooking" a flight means that airlines will continue accepting a few additional reservations for seats on a flight beyond the aircraft's seating capacity. Airlines overbook to attempt to fill seats left empty by Passengers who don't show up for their flight and also don't call to cancel their reservations prior to the flight's departure. Overbooking also creates booking opportunities for Customers who really want or need to be on a flight that is showing full but is likely to depart with available seats. In fact, the majority of overbooked flights still depart with empty seats because the formula we use to derive our booking levels is carefully applied and quite conservative.

If you would like to know whether the flight for which you are making reservations or scheduled for travel is overbooked, we will, upon your request, inform you whether the flight is overbooked at the time of your inquiry.  This information is available by contacting one of our Customer

Representatives at 1 800 I FLY SWA (1 800 435-9792) or a Customer Service Agent at the airport.

**Oversold Flights**

An oversale takes place when more confirmed Customers than our aircraft will accommodate check in ontime and show up for the flight, leaving one or more confirmed Customers without a seat.

We realize that everyone has a reason to travel.  At the same time, we understand that many travelers are fairly flexible insofar as their departure and arrival times are concerned.  When a flight oversells, the first thing our Customer Service Agents do is ask those who have checked in and received a boarding pass if they are willing to volunteer to take a later flight.

**Volunteers**

If you volunteer to give up your seat in an oversale situation and we can rebook you on a Southwest Airlines flight that will arrive within two hours of your originally scheduled arrival time, we will give you a travel voucher in the amount of $100 plus an amount equal to the face value of your one-way flight coupon(s).

If we cannot confirm your travel within two hours of your originally scheduled arrival time, you will be placed on a "priority standby" list and your compensation will increase to a travel voucher in the amount of $300 plus an amount equal to the face value of your one-way flight coupon(s).  If you are not accommodated as a standby Customer, we will confirm you on a later Southwest Airlines flight(s) that day with seats available to your destination.  You will not incur an increase in fare.

**Involuntary Denied Boarding (Being "Bumped")**

If we do not receive enough volunteers to accommodate all Customers who have purchased travel and have met our check-in requirements, we will have to involuntarily deny boarding to Customers. If you are involuntarily denied boarding, we will confirm you on the next Southwest Airlines flight to your destination with seats available.  If your alternative flight(s) is scheduled to arrive at your destination or stopover point within two hours of your originally scheduled flight(s), you will be compensated.  We will immediately issue a check or, if you prefer, a travel voucher in an amount equal to two times the face value of your remaining one-way flight coupon(s).  The maximum amount of involuntary denied boarding compensation is $675 under these circumstances.

If your alternate flight(s) is scheduled to arrive at your destination or stopover point more than two hours later than your originally scheduled flight(s), your compensation will increase to an amount equal to four times your remaining one-way flight coupon(s).  In these cases, the maximum amount of denied boarding compensation increases to $1350.

If you are involuntarily denied boarding, you will also be given a written "Notice of Denied Boarding" to help you understand our policies, your compensation, and your travel alternatives.

In addition to the denied boarding compensation specified herein, Carrier shall refund all unused ancillary fees for optional services paid by a Passenger who is voluntarily or involuntarily denied boarding. Carrier is not required to refund the ancillary fees for services that are provided with respect to the Passenger's alternate transportation.

## Refunds

Unused, fully refundable Tickets that do not carry restrictions may be applied toward future travel for the individual traveler or refunded to the original form of payment so long as all travel is completed or the refund is requested by the Ticket's expiration date. Our unrestricted fares are fully refundable to the original form of payment if you cancel and then refund the Ticket instead of exchanging or changing your Ticket.

Eligible refunds are provided according to your original form of payment and rules associated with that form of payment. Refunds for Tickets purchased with credit cards will be credited back to the same credit card. Our Refunds Department will process a credit card refund within seven business days from the date we receive your request. Your credit card company may then take up to ten business days to post the credit to your account, and, based on your individual billing cycle, you will see the refund on your credit card statement within one to two billing statements.. Refunds for eligible Southwest Tickets purchased with cash will be issued by check no later than 20 business days after we receive your request. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight. All refund requests should include your confirmation number or proof of purchase.

Information on how to request a refund is available on [Southwest.com®](Southwest.com).

**Refund requests may also be sent via USPS:**

> Southwest Airlines Refunds Department
> P.O. Box 36649
> Dallas, Texas 75235-1649

## Southwest Airlines' All-Jet, All-Boeing Fleet

### Our Airplanes

Southwest Airlines is the world's largest operator of Boeing 737s. It is the only type of airplane we fly! This means that all of our Pilots, Flight Attendants, and Mechanics are trained and familiar with every airplane in our fleet. We believe our skilled professionals and our consistent, state-of-the-art fleet are two primary reasons that Southwest Airlines has one of the best operational safety records in the worldwide airline industry.

Your comfort is important to us. That is why, when we designed our aircraft interiors, we worked hard to provide a comfortable distance or pitch[5] between your seat and the seat in front of you. The chart below shows the number of seats in each Boeing 737 model we fly as compared to the number of seats that airplane could hold if we provided less space for our Customers in the cabin. It will also give you an idea of what you can expect in terms of legroom.

| Model | Maximum Capacity | Southwest Capacity | Average Pitch |
|-------|------------------|--------------------|--------------|
| B737 MAX8 | 189 | 175 | 32.00 |
| B737-800 | 189 | 175 | 32.00 |
| B737-700 | 149 | 143 | 31.00 |
| B737-300 | 149 | 137 | 32.55 |
| B737-300 | 149 | 143 | 31.00 |

We only operate Boeing 737 series aircraft which have one single cabin with three seats on each side of the aircraft.  The first row of seats on each side is bulkhead seating.  In compliance with 14 CFR Part 382, at least 50% of our aisle seats are fitted with moveable armrests on the aisle seat in order to facilitate a safe and dignified transfer from a boarding chair (aisle wheelchair) to the aircraft seat.  Each B737-300 and -700 aircraft has two lavatories, one in the front and one in the rear of the plane.  Each B737-800 and MAX8 series has three lavatories, one in the front and two in the rear of the plane.

## Baggage

### Checking Your Luggage

Each ticketed Customer may check up to two pieces of luggage, and we will usually transport them free of charge.  To be carried at no charge, the maximum aggregate dimensions of any single item should not exceed 62 inches or weigh more than 50 pounds.  Additional charges will apply to excess, oversized, and/or overweight luggage and charges may also apply to items that require special handling.  During certain times of the year, excess, oversized and/or overweight Baggage may not be accepted on flights to/from certain destinations. Our Customer Representatives or our website can provide additional information about charges for these items.

### Baggage Handling

We strive to load the items you entrust into our care onto the same plane you board and return them to you promptly at your destination, or if delayed, we strive to return your luggage to you within 24 hours.

---

[5] As defined by our aircraft manufacturer, seat pitch is determined by measuring the distance from any point on a seat to the same point on the seat directly in front of it.

If your luggage is delayed or lost for reasons outside of your control, you may file a mishandled baggage report at the airport and submit a claim for consideration of reimbursement of reasonable expenses you may have incurred.  If your checked bag was delayed and not recovered and was subject to an overweight, oversize, or excess baggage charge, we will reimburse the amount paid.

Here are some important steps you can take to make sure your luggage takes the same trip you do.

1. Make sure your luggage is in good, sturdy condition.  Zippers, clips, handles, joints, and seams should be in good repair.  Be sure any luggage you intend to check closes securely.  Southwest assumes no liability for defects in baggage manufacture or for minor damage arising from normal wear and tear, such as cuts, scratches, scuffs, stains, dents, punctures, marks, and dirt.

2. Due to security procedures for examining checked luggage, the Transportation Security Administration (TSA) has suggested that checked luggage be locked using a TSA Accepted and Recognized lock. If luggage is locked with any other type of lock and requires a physical search, the TSA will cut the lock and will not be responsible for its replacement or any damage that occurs as a result of cutting the lock.

3. Make a list of the items you've packed and their estimated value.  Keep your list in a safe place until you return.  Keep in mind when packing your bags that Southwest Airlines' liability for loss or damage is not extended to money; jewelry; photographic, video, and optical equipment; computers and other electronic equipment; computer software; silverware and china; fragile or perishable items; liquids; precious gems and metals; negotiable papers; securities; business or personal documents; samples; items intended for resale; paintings, artifacts, and other works of art; antiques; collectors' items; unique or irreplaceable items; heirlooms; research, experimental, and scholastic items and documents; manuscripts; furs; irreplaceable books or publications; and similar valuables contained in checked luggage or unchecked bags. We suggest not transporting these items in or as luggage on your flight. .

4. You may wish to purchase excess valuation coverage if you feel that the value of the items you check is greater than what our normal liability may cover. If this is the case, we encourage you to purchase excess valuation coverage at the time you check in your luggage. It is available at our Airport Ticket Counter locations everywhere we fly. However, items listed in number three of this part are not covered with or without the purchase of excess valuation coverage.

5. Make sure your bags are marked with your name, address, and phone number on the outside of each bag.  Put a card or slip of paper with the same information inside of your bags.

6. Remove loose hooks, straps, handles, hangers, and locks from the outside of bags.

7. Suggested airport arrival times are posted on our website, http://www.southwest.com/html/air/airport-information.html or you may obtain the information by calling our Customer Representatives at 1-800-435-9792.  We strongly suggest that you closely follow these suggested airport arrival times.

8. If you have not tendered your luggage to a Southwest Airlines Representative at least 45 minutes prior to departure in most airports, your luggage will be considered "Late Checked" and tagged accordingly.  If your luggage is late checked, we will use reasonable effort, but will not guarantee, to transport your luggage on the same flight as you.  Additionally, if your luggage is "Late Checked," we will not assume responsibility for delivery charges if we must transport your luggage on a later flight.

9. Medications allowed by TSA in carryon luggage, keys, valuables, and expensive jewelry should be carried onboard.

10. Before you proceed to the gate, be sure your claim check(s) is for the city of your ultimate destination (not connecting city) and that the Agent has given your Ticket(s) and identification back to you.  Keep your claim check(s) in a safe place.

11. Report any missing, delayed, or damaged items **before you leave the airport!** [6]  This will enable us to begin our tracing efforts immediately.

12. If we receive your claim within four hours of your arrival,  your delayed luggage may be back in your possession within 24 hours, and we will use reasonable effort to accomplish this.  We will also attempt to contact any Customer whose unclaimed, checked luggage contains a name and address or telephone number.


**Carryon Items**

Strict limits have been imposed on carryon items.  This affects all airlines and is necessary in order to maintain better controls on carryon items and to comply with and expedite the security screening process.

1. Each ticketed Customer may carry only one bag plus one smaller, personal-type item onboard the airplane. Personal-type items include small handbags for men or women, small cameras, reading material, laptop computers (case included) and small, book-sized backpacks.[7] In addition to the carryon Baggage allowance, a coat, jacket, wrap, or similar outer garment may be carried onboard the aircraft.

2. To ensure that carryon items are small enough to fit on the floor beneath the seat in front of you or in an overhead compartment, they may be no larger than 10" x 16" x 24".  Sizing boxes can be found throughout our airport facilities to help you determine whether or not your bag meets these size limits.  A roller bag that otherwise would meet the 10" x 16" x 24" dimensions if the wheels were removed will be accepted.  Additionally,

---

[6] Claims received more than four hours after passenger arrival will not be considered.

[7] Assistive devices for qualified Customers with disabilities and child restraint devices accompanying a ticketed child do not count against the carryon limit and may be carried onboard in addition to the one bag plus one smaller personal-type item.

oversized articles of reasonable carryon size that protrude from only one side of the sizing box and, because of their fragile nature, would be at greater than normal risk of damage if carried in the cargo hold (e.g., blueprints, map tubes, fishing poles, artworks, media cameras/video equipment) are considered personal-type items and may be carried in the passenger cabin if remaining onboard space permits and they fit in an overhead bin without unfairly depriving other passengers of overhead bin space

3. All Customer's and Employees' items are subject to thorough, physical searches and the Transportation Security Administration (TSA) may limit the types of items allowed in carryon luggage. Please check the TSA website **http://www.tsa.gov** for a list of prohibited  items.

4. Southwest Airlines does not accept claims for lost, forgotten, pilfered, stolen, or damaged carryon items.

## Customers with Special Needs

### Infants and Toddlers

Currently, federal air safety regulations allow children younger than two years of age to be held in the lap of another person who is at least 12 years of age.  If you wish to hold your child under two years of age, we will not collect a fare, but upon check-in at the ticket counter, you will be required to show proof of age of the child in the form of a birth certificate or other form of valid identification.  Unfortunately, we cannot guarantee that a seat will be available if your infant or toddler is not included in your reservations as a confirmed member of your party.  In some cases, car or safety seats for unconfirmed infants and toddlers must be checked.

While the decision to hold your little one is certainly up to you the Federal Aviation Administration (FAA) and most airline professionals strongly recommend that children under 40 pounds are safer and more comfortable when secured in an approved, hard-sided car or safety seat. Southwest Airlines offers Infant Fares to make travel more affordable for Customers who reserve and purchase seats for small children.  By reserving space and purchasing a Ticket, you can be assured that your child is traveling as safely and as comfortably as possible.

To learn whether your youngster's car or safety seat is federally approved for air transportation, look for the words "FMVSS.213 APPROVED FOR USE IN MOTOR VEHICLES AND ON AIRCRAFT" in red letters on the device's label.

Federal regulations prohibit the use of child booster seats and harness- or vest-type restraining devices, unless such devices have been specifically approved by the Federal Aviation Administration under a Type Certificate (TC), Supplemental Type Certificate (STC), or Technical Standard Order (TSO)[8].  Customers are responsible for providing Carrier copies of the TC, STC, or TSO documentation for review at the Departure Gate.

---

[8] Currently, the AmSafe CARES child aviation restraint system is the only harness-type model approved for use on aircraft.

**Unaccompanied Minor (UM) Children**

- Children from the ages of five through 11 years need lots of attention, particularly if they must travel alone.  Our policies for this special group of travelers have been designed to enable us to provide the best possible service to Unaccompanied Minor children and their families and friends without detracting from the service we must make available to all of our Customers.
- Children ages five through 11 traveling without an accompanying Passenger age 12 or older must travel as Unaccompanied Minors on Southwest Airlines.
- Unaccompanied Minors are not monitored continuously throughout the travel.  Only children with sufficient maturity to travel with limited adult supervision may travel as an Unaccompanied Minor on Southwest Airlines.
- Southwest Airlines will charge $50 each way ($100 roundtrip) in addition to the air fare per child for Unaccompanied Minors to travel.
- All required information in the booking process must be completed and accurate in order to facilitate the transfer of the Unaccompanied Minor between designated parties.
- Southwest Airlines reserves the right not to transport Unaccompanied Minors on flights that may be diverted or canceled due to weather or other operational disruptions.
- Proof of age in the form of a birth certificate or other form of valid identification for the child is required upon checkin at the ticket counter in order to travel as an Unaccompanied Minor.
- A parent or guardian must be present and show a valid government-issued photo ID to a Southwest Representative when checking in or picking up an Unaccompanied Minor.
- Unaccompanied Minors are allowed to travel on only nonstop or same-plane service (makes one or two stops but does not require a change of planes or flight number).
- A Parent or guardian must escort an Unaccompanied Minor to the departure gate and must remain in the gate area until the flight is in the air.
- Prior to departure, a designated Southwest Representative will announce preboarding for Unaccompanied Minors.  It is the responsibility of the drop-off parent/guardian to present the Unaccompanied Minor as directed in order to board the flight.
- Once seated, a Flight Attendant will visually observe and/or communicate with an unaccompanied Minor periodically as other duties allow, but Unaccompanied Minors are not monitored continuously throughout the flight.
- Southwest Airlines personnel will not take Unaccompanied Minors out of the airport before or after their designated flight departs/arrives.
- Southwest Airlines does not assume responsibility for an Unaccompanied Minor's actions.  THE PURCHASER AGREES TO INDEMNIFY, HOLD HARMLESS,  AND FULLY RELEASE SOUTHWEST AIRLINES FOR ANY AND ALL INJURY OR DAMAGES TO PROPERTY OR PERSONS CAUSED BY OR INCURRED AS A RESULT OF AN UNACCOMPANIED MINOR'S ACTIONS, INCLUDING INJURIES TO THE UNACCOMPANIED MINOR CAUSED BY HIS OR HER OWN NEGLIGENCE.
- Parents and guardians picking up an Unaccompanied Minor should be at the gate 45 minutes prior to scheduled arrival and present a valid government-issued photo ID to the designated Southwest Representative in order to facilitate the transfer of the Unaccompanied Minor between the designated parties.
- Southwest will not release an Unaccompanied Minor to anyone other than the designated parent or guardian.  It is the parent's/guardian's responsibility to ensure

changes of the designated pick-up parent/guardian are arranged with a Southwest Representative at a Southwest Airlines ticket counter prior to the child's arrival.

- Should the Unaccompanied Minor's travel be disrupted or should the person(s) designated fail to meet the Unaccompanied Minor upon arrival at the destination airport, Southwest Airlines is authorized to take whatever action is reasonable and necessary under the circumstances.  The parent or guardian agrees to reimburse Southwest Airlines for its expenses incurred in taking such action.
- If these Terms and Conditions are not met, Southwest Airlines reserves the right not to provide travel to the Unaccompanied Minor.

**Customers with Disabilities**

Southwest Airlines welcomes members of the disability community, and we are very proud of our record of service to our Customers with disabilities.  If you have a disability and are concerned about accommodations on Southwest Airlines, our Customer Representatives are available 24 hours a day, seven days a week to answer your questions and help you prepare for your trip.  Our Customers who are deaf or hard of hearing can reach us through Sprint Relay/TTY service at 1-800-533-1305 or Video Relay at **swavrs.tv**.  General information on Southwest Airlines and Travel Tips for Customers with Disabilities are also available at Southwest.com®, and information on the Air Carrier Access Act and implementing regulations can be found at www.transportation.gov.

Specific questions about service during travel on Southwest can be directed to our on-duty personnel (Complaints Resolution Official) during hours of operation at each airport we serve.  In the meantime, here are some things you should know about travel on Southwest Airlines under the terms and conditions of federal regulations implementing the Air Carrier Access Act (14 CFR Part 382, Nondiscrimination on the Basis of Disability in Air Travel).

1. Southwest will not refuse to transport any individual on the basis of a disability, nor will we require a Customer with a disability to accept a service or condition that is not offered or available to other Customers, unless there is a specific safety-related regulation that requires us to do so.

2. We will transport wheelchairs and other assistance devices intended for the personal use of the Customer checking the item(s) at no charge and on a priority basis.  We also offer assistance in enplaning, deplaning, and changing flights.

3. Onboard wheelchairs are available on every flight to provide cabin accessibility.

4. If you are traveling with a trained assistance animal, Southwest will allow your assistance animal to travel with you at no extra charge.  Please ensure that your assistance animal is situated in an onboard area that will not obstruct the exit path of any other Customer.  If you are not sure about where your animal should be situated, one of our Flight Attendants will happily assist you.

5. A Customer with a disability may qualify for preboarding. If you believe preboarding is required to accommodate your disability, please check with a Customer Service Agent at the departure gate. Southwest Airlines policy and federal safety regulations may prohibit a Customer with a disability from selecting an emergency exit seat.  Our

Flight Attendants will be happy to assist you in finding a suitable seat and convenient, approved onboard stowage space for any assistive device you bring onboard with you.

6. All Southwest Airlines' 737 aircraft have a stowage compartment specially designed to accommodate stowage of one standard folding wheelchair and Southwest will accommodate at least one person's personal collapsible folding wheelchair or other assistive device in the aircraft cabin on a priority basis in accordance with federal regulations.

7. If your wheelchair has a spillable battery, we recommend contacting Southwest Airlines via telephone at 1-800-435-9792 at least 48 hours prior to your departure and that you check in in accordance with our suggested airport check-in times.

8. When you arrive at your destination, you have the option of receiving your checked wheelchair or other assistance device at or near the jetbridge or terminal entrance or you may elect to receive it in the baggage claim area.  If you select the baggage claim area, we will help you get there.

9. If your disability is such that you require assistance from a specially trained individual, you should make arrangements for that individual to travel with you.  Our Employees receive only the training that is essential for routine onboard emergencies.

10. Southwest Airlines is not equipped to transport or provide medical oxygen or other hazardous materials and/or contained gas—either in the passenger cabin or as cargo or baggage.

11. Our airplanes are not equipped to transport Customers who require stretchers, Portable Oxygen Concentrators, incubators, or  medical devices requiring electrical power from the aircraft..

## Rapid Rewards Frequent Flyer Program

We've designed our Rapid Rewards program around a simple concept—make earning Reward Flights faster and easier.  Whether you're earning points or redeeming them for a flight, nothing should come between you and your favorite destination.

**Reward Seats are Unlimited with No Blackout Dates.**

If there is a seat available, you can redeem your points for it.  Plus, your points don't expire as long as you have flight or partner activity every 24 months, so you can plan your getaway for next week or next year!

**Earn points for every dollar you spend!**

The amount of your air fare determines how many points you earn.  And since you can also earn points with our Partners, that Reward flight won't be far behind.

**Redeem for flights and more.**

Get a Southwest Airlines Rapid Rewards Credit Card, and you can use your points to redeem for  flights, hotel stays, car rentals, and gift cards. That means that all of your points earned from flights and Partners, not just those earned from the Chase Credit Card, can be used for these exciting reward redemption opportunities.

**Rules and Regulations.**

The Rapid Rewards program is governed by the [Rapid Rewards Terms and Conditions](#).

## How to Contact Southwest Airlines

| Customer Relations | |
|---|---|
| Compliments, complaints, questions about service? Email, call or write to us. Inquiries about service should include date(s) of travel, flight number(s), city pair(s), and names of persons traveling. Written complaints will receive an acknowledgement in writing indicating receipt of the complaint and you will receive a substantive response no later than 60 days after our receipt of your complaint. | **Phone:** <br> 1-800-I-FLY-SWA (1-800-435-9792) <br> 1-800-VAMONOS (1-800-826-6667) <br> **Email:** <br> www.southwest.com/contact_us <br> **USPS:** <br> Jim Ruppel <br> Vice President Customer Relations & Rapid Rewards <br> P.O. Box 36647 <br> Dallas, TX  75235-1647 |

| Rapid Rewards |
|---|
| **Member Services:** 1-800-445-5764 <br><br> **Flight Reservations or General Account Information:** 1-800-248-4377 |

| Refunds Department |
|---|
| Information on how to request a refund is available on Southwest.com®. Refund requests may also be sent via USPS: <br> Southwest Airlines Refunds Department <br> P.O. Box 36649 <br> Dallas, Texas 75235-1649 |

| 24-Hour Telephone Customer Support and Services Center | |
|---|---|
| Call us for flight times, availability, reservations, or with questions about the service we provide and the cities we serve.  We are available 24 hours a day. Visit us at our website, Southwest.com® to check flight times, availability, and fares; book air, hotel, and car reservations; subscribe to Click 'N Save® Updates and receive free emails alerting you to Southwest Airlines fare specials, promotions, fare sales, and other exciting new information; check a flight's status for that day; cancel previously booked reservations; sign up for Rapid Rewards; view your Rapid Rewards Account; and many other features. | **Toll-free:** <br> 1-800-I-FLY-SWA  (1-800-435-9792) <br> **En Espanol:** <br> 1-800-VAMONOS (1-800-826-6667) <br> **TTY Service:** 1-800-533-1305 <br> **Video Relay Service:** <br> swavrs.tv |

|  |  |
|---|---|

**Cargo-Air Freight Service**

Check your local directory or call us toll-free at 1-800-533-1222

For quick access to service and rate information visit: http://www.swacargo.com/.

**Baggage Status Updates**

If you believe your checked luggage has been lost, delayed, or damaged, you must report it at the airport within four (4) hours of your arrival.  If we are unable to retrieve, locate, or repair your article(s) at that city, we will assist you through the claims process. Contact: 1-888-202-1024.

**Career Opportunities**

Submit your resume online at http://www.southwest.com/careers/.

**Corporate Headquarters**

Southwest Airlines Co.

2702 Love Field Drive

P.O. Box 36611

Dallas, Texas 75235-1611

214-792-4000 during business hours