# EXHIBIT C



# Safety & Security Commitment

Southwest Airlines is committed to ensuring the Safety and Security of our Customers and Employees—it's our number one priority. We continually work to create and foster a Culture of Safety and Security that proactively identifies and manages risks to the operation and workplace before they can become injuries, accidents, or incidents.

We've established Company policies and governance to drive our focus on Safety and Security:

- **All Southwest Airlines Employees, from Leadership to Frontline Employees, are responsible for:**
    - Establishing and upholding the highest levels of Safety and Security in our operation and our workplaces
    - Complying with all Company Safety and Security policies and procedures, along with all government regulations and guidelines
    - Proactively identifying and reporting hazards in the operation and contributing to our positive Safety and Security Culture and performance
- **Southwest Airlines is committed to:**
    - Establishing and annually reviewing specific Safety-related objectives by Executive Leadership which will be published in the Safety Management Manual and visible to all Employees
    - Monitoring, measuring, and tracking Safety objectives to ensure they are met
    - Establishing and promoting Safety and Security reporting processes that allow all Employees to report any condition, action, or process which could adversely affect Safety or Security and ensure that the hazards are proactively addressed
    - Creating and maintaining a proactive reporting Culture and ensuring that no disciplinary action will be taken against any Employee for reporting a Safety or Security occurrence or hazards, except in cases where behavior is ultimately deemed to be reckless - defined as making a behavioral choice to consciously take a substantial and unjustifiable Safety/operational risk, and specifically including criminal behavior, intentional falsification, and/or abuse of drugs and/or alcohol
    - Evaluating and implementing practical administrative, engineering, and process control systems to lessen the risk to Employees or the operation
    - Establishing, maintaining, and periodically exercising an emergency response plan and procedures to ensure safe transition from normal operations to emergency operations as described in Southwest's Emergency Procedures Manual (EPM).
- **The Chief Operating Officer is committed to and responsible for the development, operation, and quality control of Southwest Airlines' Safety and Security Management System (SMS), including provision of the necessary financial, personnel, and other resources to establish and maintain a fully functional SMS, and is the Accountable Executive in all matters of Safety and Security.**

*Gary C Kelly* (signature)

**Gary Kelly**
Chairman of the Board
and Chief Executive Officer

*Michael Van de Ven* (signature)

**Michael Van de Ven**
Chief Operating Officer

Revised 1/17