# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CHRISTINE MONAHAN; RENEE IANNOTTI; and LILLIAN TAYLOR, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | Civil Action No. 6:21-cv-00887-ADA-JCM |

## [PROPOSED] ORDER RE MOTION

Before the Court is Defendant Southwest Airlines Co.'s Motion to Stay, Transfer, Dismiss, and Strike, Dkt. 12 (the "Motion"). The Court—having considered the Motion, together with the Parties' joint status reports to the Court on the *Earl* Opinion and other documents on file in this case—**DENIES** the Motion, holds that:

Plaintiffs have alleged Article III standing, and denies Defendants' Motion.

**SO ORDERED.**

SIGNED this _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

- 1 -

| Summary report: Litera Compare for Word 11.9.0.82 Document comparison done on 2/21/2025 1:38:17 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** Monahan 2025.02.14 Proposed Order of Dismissal_HP.docx ||
| **Modified DMS:** iw://cloudimanage.com/US2016/296976817/2 ||
| **Changes:** ||
| Add | 0 |
| Delete | 6 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 6 |