UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Christine Monahan, Renee Iannotti, and Lillian Taylor, individually and on behalf of all others similarly situated,<br>　　*Plaintiffs*,<br><br>v.<br><br>Southwest Airlines Co.,<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:21-CV-00887-ADA |

## FINAL JUDGMENT

On this date, the Court found that Plaintiffs lack Article III standing and dismissed this case without prejudice. Dkt. 34, at 12. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on June 9, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE